IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GENE RAY MARON                                                                    PLAINTIFF

v.                                            Civil No. 06-2148

MIKE ALLEN, TERRY REA,
VENNA CUPP                                                                         DEFENDANTS

## J U D G M E N T

Now on this 21st day of December, 2006, comes on for consideration the Report and Recommendation dated November 28, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties.

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court adopts the Report and Recommendation and finds that plaintiff's complaint should be and hereby is dismissed.

IT IS SO ORDERED.

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

**AO72A**
**(Rev. 8/82)**